### PURCELL v. PURCELL.

---

If a husband comes for divorce, he must supply money for temporary support and to help the wife to make a defence. His poverty will not protect him. He must conform to this general rule or abandon his suit.

---

*March* 13, 1838.

*Divorce.
Alimony.*

BILL by husband for a divorce. The wife applied for temporary alimony and money to make her defence. This was met by the alleged poverty of the husband.

THE VICE-CHANCELLOR observed: If a husband will come into this court, complaining of his wife, either for a divorce or a separation, and the wife chooses to make a defence denying, under oath, the grounds of the bill, he must expect to furnish her with money to enable her to make her defence, and with suitable support during the litigation; and it is no excuse for the husband that his condition and circumstances will not allow of his making such provision. He must either make it or abandon the suit.

Mr. *Samuel H. Platt*, for the petitioner, the wife.

Mr. *Judah*, for the complainant.